**CRIMINAL COMPLAINT**
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Michael Ira Werley, Jr.**<br>DOB: 1980; United States Citizen | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br><br>21-04618MJ |

Complaint for violation of Title 18, United States Code, Section 554(a)

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

Count 1: On or about September 17, 2021, in the District of Arizona, **Michael Ira Werley, Jr.** knowingly and fraudulently exported and sent from the United States, and attempted to export and send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: 109 rounds of .45 caliber ammunition, 100 rounds of .22 caliber ammunition, and 16 rounds of 9mm ammunition; knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819; Title 15, Code of Federal Regulations, Part 774; and Title 15, Code of Federal Regulations, Part 738; in violation of Title 18, United States Code, Section 554(a).

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

On September 17, 2021, Michael Ira Werley Jr. attempted to make entry into the U.S. at the DeConcini Port of Entry (POE) in Nogales, AZ in a Dodge Dart (Dodge). Werley attempt to drive into Mexico but was returned by Mexican Customs. Upon return CBP stopped the Dodge and encountered Werley—the sole occupant and driver. Werley provided CBP with inconsistent details related to his work and border crossing history. Werley was referred to secondary inspection where CBP observed anomalies in the Dodge's rear bumper, rear seat, and trunk area which yielded body armor plates, three pistols, and a machete. Further inspection on a vehicle lift revealed 2 long rifles, 6 pistols, 13 firearm magazines, 109 rounds of .45 caliber ammunition, 100 rounds of .22 caliber ammunition, 16 rounds of 9mm ammunition, 2 level-4 body armor plates, 1 military tactical vest, and 1 military tactical helmet.

The ammunition that Werley attempted to smuggle into Mexico qualifies as United States Commerce Control List items and therefore are prohibited by law for export from the United States into Mexico without a valid license. Werley did not have a license or any other lawful authority to export these items from the United States into Mexico.

MATERIAL WITNESSES IN RELATION TO THE CHARGE: N/A

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>AUTHORIZED AUSA *Brandon Bolling* BRANDON BOLLING<br>Digitally signed by BRANDON BOLLING<br>Date: 2021.09.20 12:57:36 -07'00' | SIGNATURE OF COMPLAINANT<br>MICHAEL A SHAW  Digitally signed by MICHAEL A SHAW<br>Date: 2021.09.20 12:54:08 -07'00'<br><br>OFFICIAL TITLE<br>HSI Special Agent Michael Shaw |
|---|---|
| Sworn by telephone  x | |
| SIGNATURE OF MAGISTRATE JUDGE[1]<br>*Maria S. Aguilera* | DATE<br>September 20, 2021 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54